We affirm the trial court pursuant to Rule 84.16(b).

■

Deborah HICKS, Earslene McDougler, Demerius Hicks, David Hicks, Dia Hicks and Danielle Hicks, Plaintiffs–Appellants,

v.

PRUDENTIAL GENERAL INSURANCE COMPANY, Defendant–Respondent.

No. 65660.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 6, 1994.

Gary A. Mack, Katzman & Crego, Belleville, for appellants.

Russell F. Watters, David P. Bub, Brown & James, P.C., St. Louis, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a summary judgment in favor of defendant on plaintiff Deborah Hicks' claim of vexatious refusal to pay. We find that there is no genuine dispute of material fact and that defendant was entitled to judgment as a matter of law. *ITT Commercial Finance Corp. v. Mid–America Marine Supply Corp.*, 854 S.W.2d 371, 381–82[17] (Mo. banc 1993).

■

STATE of Missouri, Respondent,

v.

Benjamin E. WILLIAMSON, III, Appellant.

No. WD 48985.

Missouri Court of Appeals,
Western District.

Dec. 6, 1994.

Timothy D. Ernst, Asst. Public Defender, St. Joseph, for appellant.

Hershel D. Shepherd, Asst. Pros. Atty., Buchanan County, St. Joseph, for respondent.

Before FENNER, C.J., P.J., and HANNA and STITH, JJ.

*ORDER*

PER CURIAM.

Appeal from conviction of resisting arrest, § 575.150, RSMo 1986, and from sentence of nine months' confinement in the county jail.

Judgment affirmed. Rule 30.25(b).